JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CION ADONIS PERALTA, ) | CASE NO. CV 05-1937 JVS (PLAx) |
| Plaintiff, ) | |
| vs. ) | **JUDGMENT ON SPECIAL VERDICT** |
| T.C. DILLARD, S. BROOKS, J. FITTER, ) | |
| Defendants. ) | |

   This action came on regularly for trial on May 5, 2009 in Courtroom 10C of the above-entitled court, the Honorable Judge Selna presiding. Plaintiff, Cion Adonis Peralta, was represented by Jeffrey Reeves, Erich Schiefelbine, Lauren Deeb, and John Carter, all of Gibson, Dunn & Crutcher. Defendant Dr. Brooks was represented by Janine K. Jeffery of Reily & Jeffery.

   A jury of 8 persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury. The jury deliberated and thereafter returned into court with its verdict as follows:

   "Do you find by a preponderance of the evidence that

   Sheldon Brooks actcd with deliberate indifference to

1

```
1        plaintiff Cion Adonis Peralta's severe dental needs and as
2        a result caused harm to plaintiff Cion Adonis Peralta?
3        No."
4        NOW THEREFORE, IT IS ORDERED, ADJUDGED AND
5   DECREED that Plaintiff Cion Adonis Peralta take nothing from Defendant
6   Sheldon Brooks and that Sheldon Brooks recover his costs against plaintiff Cion
7   Adonis Peralta in the sum of $_____.
8
9   Dated:  May 26, 2009                            _____
10                                                          Judge James V. Selna
11
12  Submitted by:
13  REILY & JEFFERY
14
15       /s/ Janine K. Jeffery
         Janine K. Jeffery, Esq.
16        Attorneys for Defendant
17
18  Approved as to Form:
19  GIBSON, DUNN & CRUTCHER
20
21       /s/ Erich Schiefelbine
         Erich Schiefelbine, Esq.
22        Attorneys for Plaintiff
23
24
25
26
27
28

                                       2
```